**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

LARRY BENNY GROOVER

Defendant,

and

JOANNE GROOVER

Relief Defendant.

CASE NO.: 4:11-CV-0064-RAS-DDB

**MODIFIED CONSENT ORDER OF PRELIMINARY INJUNCTION**
**AND FOR OTHER EQUITABLE RELIEF AGAINST DEFENDANT**

On February 11, 2011, this court entered its Order Granting Plaintiff U.S. Commodity Futures Trading Commission's ("Commission") *Ex Parte* Emergency Motion for Statutory Restraining Order, Preliminary Injunction and Other Equitable Relief (DE #6, "the SRO"). Among other things, the SRO froze all bank accounts belonging to or held by Defendant Larry Benny Groover ("Groover") and Relief Defendant Joanne Groover ("Mrs. Groover") and prohibited the Groovers from accessing the accounts and/or moving money out of or into the accounts. *See* DE #6 at Paragraphs 18 and 19.

On February 17, this court entered its Consent Order of Preliminary Injunction. DE #14. The Consent Order of Preliminary Injunction kept the SRO's restrictions in place. *See* DE #14 at 4.

Now, the parties have jointly moved this court for an order that modifies certain terms of these prior orders so that the Groovers may receive and access their monthly Social Security benefits, which are directly deposited into one of the accounts which was frozen and which are not linked to the fraud alleged in the Commission's Complaint (DE #1). The court finds that the motion should be granted.

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that the February 11, 2011 SRO (DE #6) and the restrictions set forth therein are incorporated in full herein by reference and shall remain in full force and effect until further order of this court, with the exception of the following:

1. Mr. Groover is allowed full use and access to all Social Security benefits automatically deposited into the Wells Fargo Account # xxx-xxx-1170;
2. Mrs. Groover is allowed full use and access to all Social Security benefits automatically deposited into the Wells Fargo Account # xxx-xxx-1170; and
3. Paragraphs 18-19 of the SRO are modified to comport with paragraphs 1-3 of this section.

**THE PARTIES AGREE AND IT IS FURTHER ORDERED** that the February 17, 2011 Consent Order of Preliminary Injunction (DE #14) and the restrictions set forth therein are incorporated in full herein by reference and shall remain in full force and effect until further order of this court, with the exception of the above noted release of restrictions on the Groovers' ability to receive and access Social Security funds.

IT IS SO ORDERED.

**SIGNED this the 7th day of April, 2011.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE